**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ruben PEREZ–GOMEZ, aka Adolfo Perez, Ruben Perez, Miguel Perez, Defendant–Appellant.**

No. 02–10316.

D.C. No. CR–02–05023–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM**

Ruben Perez–Gomez appeals his guilty-plea conviction and 77–month sentence for being an alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Perez–Gomez has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Perez–Gomez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

